DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JOSE GILBERTO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )  STIPULATION AND ORDER VACATING<br>     v.                               )  DATE, CONTINUING CASE, AND<br>                                      )  EXCLUDING TIME<br>Jose Gilberto Lopez,                  )<br>            Defendant.                )<br>                                      )  Date   September 12, 2013<br>_____)  Time:  9:00 a.m.<br>                                      )  Judge: Hon. England | No. 2:12-cr-00370 MCE |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Gilberto Lopez; that the status conference scheduled for August 8, 2013, be vacated and the matter be continued to this Court's criminal calendar on September 12, 2013, at 9:00 a.m. for further status/possible change of plea.

This continuance is requested by the defense in order to conduct investigation in the case and to continue to negotiate a plea agreement with the Government.

The parties further stipulate and agree that the Court shall find that: (1) the failure to grant a continuance in this case would deny

1  defendant and defense counsel reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence; (2) the
3  ends of justice to be served by granting the requested continuance
4  outweigh the best interests of the public and the defendant in a speedy
5  trial; and (3) the time period from the date of this stipulation, to
6  and including, the new status conference hearing shall be excluded from
7  computation of time within which the trial of this case must be
8  commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and
9  (B)(iv), and Local Code T4 pertaining to defense preparation.
10     It is further stipulated that all parties have conferred and
11 agreed to the September 12,2013 date, and that all parties have
12 consented to Ms. Santos signing and submitting this stipulation.

14     **IT IS SO STIPULATED.**

16 Dated: August 6, 2013              /S/ Dina L. Santos
                                     DINA L. SANTOS
17                                   Attorney for
                                     Jose Gilberto Lopez

20 Dated: August 6, 2013              /S/ Olusere Olowoyeye
21                                   OLUSERE OLOWOYEYE
                                     Assistant United States Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED.  The time period from the date of the parties' stipulation to and including September 12, 2013, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4.  The status conference currently set for August 8, 2013, is hereby vacated and **continued to September 12, 2013, at 9 a.m.** in Courtroom 7.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Date: August 07, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT