Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
Jose Gilberto Lopez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOSE GILBERTO LOPEZ,<br>                Defendant. | CASE NO.  12-370 MCE<br><br>STIPULATION AND ORDER RESETTING J&S TO 1/9/14 |

**STIPULATION**

It is hereby stipulated by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOSE GILBERTO LOPEZ, that the current date scheduled for December 19, 2013, be vacated and the matter be continued to this Court's criminal calendar on January 9, 2014, at 9:00 a.m. for judgment and sentencing.

Counsel for the Defendant is currently unavailable due to a state court jury trial. The Probation department and the court staff interpreter will be notified of the new date.

///

//

/

Stip. & Order Continuing J&S                               1

1  IT IS SO STIPULATED.

3  Dated:  December 17, 2013                    BENJAMIN B. WAGNER
                                                United States Attorney

5                                                /s/ Olusere Olowoyeye
                                                OLUSERE OLOWOYEYE
6                                               Assistant United States Attorney

8  Dated:  December 17, 2013                     /s/   Dina L. Santos
                                                DINA SANTOS, ESQ.
                                                Attorney for Jose Gilberto Lopez

16                                      **ORDER**

17  IT IS SO ORDERED.

18  Dated:  December 18, 2013

                                    _____
                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT

Stip. & Order Continuing J&S                    2